FILED BY _ec_ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

05 MAY -9 PM 4: 32

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-10008-T |
| | ) | |
| GREGORY B. CLARK, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

M. Dianne Smothers, court-appointed defense counsel, has moved to be relieved from further representation of defendant in this matter because of a conflict of interest. For good cause shown, the motion is granted. Assistant Federal Defender M. Dianne Smothers and the office of the Federal Defender are hereby relieved of further responsibility in this action. A member of the Criminal Justice Act Panel will be appointed to represent defendant in all further proceedings.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 May 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  05-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10008 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT