IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-CR-10008-01-T

GREGORY B. CLARK

## ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of May 23, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **MONDAY, JULY 11, 2005 at 8:30 A.M.** and reset **TRIAL DATE** for **MONDAY, JULY 18, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 23, 2005 to July 18, 2005 as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and (h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 13 May 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 05-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10008 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT